UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-21196-CV-WILLIAMS

NEDEVA COQ,

    Plaintiff,

v.

NCL (BAHAMAS), LTD,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 23) ("***Report***") on Defendant's Motion to Dismiss Plaintiff's Complaint (DE 14) ("***Motion***").  In the Report, Judge Goodman recommends that the Motion be granted and the Complaint be dismissed without prejudice and with leave for Plaintiff to file an amended complaint.  (DE 23 at 2.)  No objections were filed to the Report, and the time to object has passed.  Upon a careful review of the Report, the Motion, the record, and applicable law,  it is **ORDERED AND ADJUDGED** that:

1. Judge Goodman's Report (DE 23) is **AFFIRMED AND ADOPTED**.
2. Defendant's Motion to Dismiss (DE 14) is **GRANTED**.
3. The Complaint is **DISMISSED WITHOUT PREJUDICE**.
4. Plaintiff may file an amended complaint within fourteen days of the date of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>29th</u> day of August, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE